

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DONALD PAUL GRIGGS,<br><br>　　　　Defendant. | Case No. **22 CR 069 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about March 31, 2022, in the Eastern District of Oklahoma, the Defendant, **DONALD PAUL GRIGGS**, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

_____
ERIN A. CORNELL CA BAR # 227135
Assistant United States Attorney

s / Foreperson
_____
FOREPERSON OF THE GRAND JURY